Gregory J. Doan, 165174
DOAN LAW FIRM, LLP
635 Camino de los Mares, 100
San Clemente, CA 92673
(949)472-0593 FAX (949)472-5441

Attorney for Debtor, JOHN L. COLESON

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE

| In re: JOHN L. COLESON, Debtor, Movant | Case Number: 6:09-bk-13029-RN<br>CHAPTER 7<br>NOTICE OF MOTION FOR WAIVER OF DISCHARGE, WITH PREJUDICE, OF DEBTOR JOHN L. COLESON PURSUANT TO 11 USC 727(a)(10)<br>HONORABLE JUDGE RICHARD M NEITER<br>DATE: December 8, 2009<br>TIME: 2:00PM<br>CRTRM: 301 |
|---|---|

TO THE US TRUSTEE, CHAPTER 7 TRUSTEE; AND OTHER PARTIES IN INTEREST:

NOTICE IS HEREBY GIVEN that Movant in the above-captioned matter will move this Court for an Order granting the relief as set forth in the Motion for Waiver of Discharge, with Prejudice, attached hereto and served and filed herewith

Pursuant to Bankruptcy Rule 6007, any party objecting to the accompanying Motion may file and serve a written objection If you fail to file a written response, the Court may treat such failure as a waiver of your right to oppose this Motion and may grant the requested relief

Dated: October 28, 2009

DOAN LAW FIRM, LLP

BY: ______________________
GREGORY J. DOAN
Attorney for Debtors

Gregory J. Doan, 165174
DOAN LAW FIRM, LLP
635 Camino de los Mares, 100
San Clemente, CA 92673
(949)472-0593 FAX (949)472-5441

Attorney for Debtor, JOHN L. COLESON

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE

| In re: | Case Number: 6:09-bk-13029-RN |
|---|---|
| JOHN L. COLESON, | CHAPTER 7 |
| Debtor. | MOTION FOR WAIVER OF DISCHARGE, WITH PREJUDICE, OF DEBTOR JOHN L. COLESON PURSUANT TO 11 USC 727(a)(10) |
| | HONORABLE JUDGE RICHARD M. NEITER |
| | DATE: December 8, 2009<br>TIME: 2:00PM<br>CRTRM: 301 |

JOHN L. COLESON ("DEBTOR"), by and through his Attorney, Gregory J Doan, hereby submits this motion pursuant to 11 USC 727(a)(10) on the following grounds:

A. On February 20, 2009, DEBTOR filed an individual voluntary petition for relief under Chapter 7 of title 11 of the United States Code, and an order for relief was entered that same date (the "Petition Date").

B. On March 27, 2009, the Meeting of Creditors was held. The DEBTOR was requested to provide Robert Whitmore ("TRUSTEE") additional documentation concerning certain real property in Aguanga and his hearing was continued to May 29, 2009.

D. After further inquiry, it was discovered that: a) the DEBTOR was the owner of certain real property in Aguanga on the Petition Date; b) that said property was never disclosed to DEBTOR'S counsel nor listed in the DEBTOR'S schedules; c) that said property was later sold, post-petition, without court permission; d) the net proceeds

from the sale amounted to $28,085 26; and e) the DEBTOR exhausted said proceeds.

E. On or about June 1, 2009, the DEBTOR, through counsel, advised the TRUSTEE of the disposition of said real property and provided an itemization of how the proceeds from the sale were spent. Please see Exhibit "A."

F. The TRUSTEE has incurred reasonable costs, in the amount of $1,500 00, in investigating the nature and extend of this asset.

F. In light of the foregoing, the DEBTOR agrees to waive his discharge, with prejudice, pursuant to 11 USC 727(a)(10).

WHEREFORE, the DEBTOR requests the Court to hereby waive the DEBTOR'S discharge, with prejudice, pursuant to 11 USC 727(a)(10); and that the DEBTOR is ordered to pay the TRUSTEE'S reasonable costs in the amount of $1,500.00.

**Approved as to Form and Content:**

ROBERT WHITMORE
Chapter 7 Trustee

Dated: 11/5/09

GREGORY J. DOAN,
Attorney for Debtor

EXHIBIT A

GREGORY J DOAN, Esq
JAMES P. DOAN, Esq
STEPHEN N DOAN, Esq
JONATHAN D DOAN, Esq
MICHAEL G DOAN, Esq *
SHAWN A DOAN, Esq

* Certified Bankruptcy Specialist
Consumer Bankruptcy Law
American Board of Certification

DOAN LAW FIRM, LLP
California's Largest Family of Attorneys

DONALD A GREEN, Esq
JEFFREY D. LARKIN, Esq
KEN ANDREWS, Esq
PAUL LIPSON, Esq **
JUSTIN KILLMAN, Esq †
DANIEL SHAY, Esq
CHRISTOPHER GRAFTON, Esq ‡
THOMAS G. KEMERER, Esq
GUILLERMO MACHADO, Esq

** Also Licensed in Nevada, Maryland, Virginia & Washington DC
† Only Licensed in Arizona
‡ Only Licensed in Florida

June 1, 2009

Robert Whitmore
Chapter 7 Trustee
3600 Lime Street, Suite 611
Riverside, CA 92501

Re: Coelson: 6:09-bk-13029

Dear Mr Whitmore:

I have enclosed the documents on the property that you requested This property was neither disclosed to our firm nor was it disclosed in the debtor's petition

Sincerely,

Gregory J Doan
Attorney at Law

GJD/skg

Carlsbad • Chula Vista • Corona • Escondido • Laguna Hills • La Mesa • Moreno Valley • San Bernardino • Santa Ana • Temecula

25401 CABOT ROAD. STE 119 • LAGUNA HILLS, CALIFORNIA 92653 • PHONE: 949.472.0593 • FAX: 949.472.5441 • DOANLAWFIRM.COM

MAY 20, 2009

TO WHOM IT MAY CONCERN:

THIS IS ANA ACCOUNTING OF THE FUNDS RECEIVED FROM THE PROPERTY IN AGUANGA:

$28085.26 TOTAL RECEIVED

$14042.63 MY SHARE (OTHER HALF TO WIFE)
$3510 65 MINUS AMOUNT HALD BACK FOR 2009 INCOME TAXES (25% PER MY TAX PREPARER)
$2000 00 MINUS AMOUNT DUE CHASE ON CREDIT CARD DEBT NOT INCLUDED IN BK
$2507.48 MINUS - PAID PAST DUE HOUSE NOTE
$1000.00 MINUS - PAID MISC PAST DUE BILLS

$5024 50 AMOUNT REMAINING (SAVINGS THESE FUNDS WHEN I LOSE HOUSE AND HAVE TO FIND A NEW PLACE TO LIVE AND TO PAY MONTHLY SHORTAGES IN MY BILLS AS I HAVE NO OTHER SAVINGS.

NOTE: AMOUNT REMAINING IS IN MY PERSONAL POSSESSION

JOHN L COLESON



27503 Jeferson Avenue
Temecula, CA 92590
Phone: 951-693-1888
Fax: 951-308-1801

April 3, 2009

JOHN COLESON
MARULEN COLESON
29614 BIG DIPPER WAY
MURRIETA, CA 92563

RE: Escrow No 7890-BB
Property Address: 41741 SADDLEBACK
AGUANGA, CA 92536

We are pleased to inform you that your escrow is completed on the above referenced property

In completion of the above referenced escrow transaction, please find enclosed the following items:

(X) Your proceeds check is enclosed in the amount of $28,085 26
(X) Closing Statement/RESPA settlement statement

Recorded documents to which you are entitled will be mailed to you by the County Recorder Any other documents to which you are entitled will be forwarded to you as soon as they are available

We appreciate the opportunity to have been of service to you and hope that we may again serve you in the near future

Very truly yours,
Diamond Valley Escrow Corporation

BRIGETTE BURKE
SENIOR ESCROW OFFICER

BB/BB



27503 Jefferson Avenue
Temecula, CA 92590
Phone: 951-693-1888
Fax: 951-308-1801

## SELLER(S) FINAL CLOSING STATEMENT

**ESCROW NO:** 7890 - BB
**ESCROW OFFICER:** BRIGETTE BURKE

**DATE:** 4/3/2009
**TIME:** 04:37 PM
**CLOSING DATE:** 4/3/2009

**SELLER(S):** JOHN L COLESON and MARULEN L COLESON
**PROPERTY ADDRESS:** 41741 SADDLEBACK AGUANGA, CA 92536

| | DEBITS | CREDITS |
|---|---|---|
| **TOTAL CONSIDERATION** | | $ 35,000 00 |
| **Prorations** | | |
| 2nd 1/2 08-09 Taxes @ $1,183 32 for 6 Month(s) From 4/3/2009 To 6/30/2009 | | $ 578 51 |
| APRIL HOA DUES @ $79 20 for 1 Month(s) From 4/3/2009 To 4/30/2009 | | $ 73 92 |
| **Commissions** | | |
| CENTURY 21 WRIGHT | $ 1,750 00 | |
| CLAIRE CLAIR BROKER | $ 1,750 00 | |
| **Title Charges - PRIORITY TITLE** | | |
| **[Total Title Charges: $2,923 47]** | | |
| Owners For $35,000 00 | $ 400 00 | |
| County Transfer Tax | $ 38 50 | |
| 1st & 2nd Half Tax 08-09 + Penalty | $ 2,484 97 | |
| **Recording Charges** | | |
| **[Total Recording Charges: $27 00]** | | |
| RECONVEYANCE | $ 27 00 | |
| **Escrow Charges** | | |
| **[Total Escrow Charges: $450.00]** | | |
| Escrow Fee | $ 450 00 | |
| **Additional Disbursements** | | |
| PDQ DISCLOSURE | $ 59 90 | |
| DIAMOND VALLEY ESCROW | $ 130 00 | |
| Notary to: BRIGETTE A BURKE | $ 40 00 | |
| **HOA** | | |
| **[Total HOA Charges: $436.80]** | | |
| DELINQUENT HOA DUES to: LAKE RIVERSIDE ESTATES C/O ELITE MAN | $ 316 80 | |
| Transfer Fee to: ELITE COMMUNITY MANAGEMENT | $ 120 00 | |
| **Balance Due You** | $ 28,085 26 | |
| ***Totals*** | $ 35,652 43 | $ 35,652 43 |

ESCROW NO : 11492-J

# NOTE SECURED BY DEED OF TRUST

**INSTALLMENT NOTE - INTEREST ONLY**

COPY

**$175,000.00** **TEMECULA, CALIFORNIA** **NOVEMBER 18, 2005**

In installments and at the time hereinafter stated, for value received, I/We, promise to pay to

**John L. Coleson and Marulen L. Coleson, Husband and Wife as Joint Tenants** or order, P O Box 2981, Fallbrook, CA 92028, or at place designated by the holder(s) hereof, the principal sum of **One Hundred Seventy Five Thousand And 00/100 Dollars ($175,000.00)** with interest from **December 2, 2005** on the amounts of principal remaining from time to time unpaid, until said principal sum is paid, at the rate of **6.00%** per cent per annum INTEREST ONLY due in monthly installments of **Eight Hundred Seventy Five And 00/100 Dollars ($875.00)** or more on the **2nd** day of each and every month, commencing on the **January 2, 2006**, and continuing hereafter until **December 2, 2008**, at which time the entire unpaid principal balance, together with interest due thereon, shall become all due and payable.

This note is subject to Section 2966 of the Civil Code, which provides that the holder of this note shall give written notice to the trustor, or his successor in interest, of prescribed information at least 90 and not more than 150 days before any balloon payment is due

The Deed of Trust securing this note contains the following: "This Deed of Trust is given and accepted upon the express provision that should the property hereinbefore described, or any part thereof, be conveyed or alienated by Trustor, either voluntarily or by operation of law, without Beneficiary's written consent, then all sums secured hereby shall, at Beneficiary's option, become immediately due and payable "

In the event any payment is not paid within **10** days of the due date, Trustor shall pay to Beneficiary a LATE CHARGE of **6.00 %** in addition to each payment due and unpaid

This Note is given and accepted as a portion of the purchase price.

Each payment shall be credited first on interest then due and the remainder on principal sum; and interest shall thereupon cease upon the amount so credited on the said principal. Should default be made in payment of any installment when due the whole sum of principal and interest shall become immediately due at the option of the holder of this note Principal and interest payable in lawful money of the United States of America. Should suit be commenced to collect this note or any portion thereof, such sum as the Court may deem reasonable shall be added hereto as attorney's fees. This note is secured by a Deed of Trust to **First American Title Insurance Company, a California Corporation** as Trustee, affecting the property located at: **Vacant Land/APN# 584-180-021-3, Aguanga, CA 92536**

X Pam Hawthorne (signature)

Pam Hawthorne

**DO NOT DESTROY THIS NOTE:** When paid, said original Note, together with the Deed of Trust securing same, must be surrendered to Trustee for cancellation and retention before reconveyance will be made



CALIFORNIA
ASSOCIATION
OF REALTORS®

# ADDENDUM

(C.A.R. Form ADM, Revised 10/01)

No. 1

The following terms and conditions are hereby incorporated in and made a part of the: ☐ Residential Purchase Agreement, ☐ Manufactured Home Purchase Agreement, ☐ Business Purchase Agreement, ☐ Residential Lease or Month-to-Month Rental Agreement, ☒ Vacant Land Purchase Agreement ☐ Residential Income Property Purchase Agreement, ☐ Commercial Property Purchase Agreement, ☒ other SELLER FINANCING ADDENDUM AND DISCLOSURE

dated March 14, 2008, on property known as 41741 SADDLEBACK DR, AGUANGA CA APN 584-180-021

in which PAM HAWTHORNE is referred to as ("Buyer/Tenant")
and JOHN COLESON, MARILEN COLESON is referred to as ("Seller/Landlord").

1. BUYER REQUEST A ONE YEAR EXTENSION FOR NEW CLOSE OF ESCROW DATE TO BE 31 DECEMBER 2009

2. PRINCIPAL AMOUNT SHALL BE $ 175,000.00 AT 6% INTEREST ONLY PAYMENTS, BALANCE WITH INTEREST TO BE PAID ON OR BEFORE 31 DECEMBER 2009.

3. SELLER SHALL NOT GRANT ANY MORE EXTENSIONS FOR THE CLOSE OF ESCROW PERIOD TO BUYER

4. BUYER AND SELLER TO SIGN SELLER FINANCING ADDENDUM AND DISCLOSURE DATED 14 APRIL 2008

The foregoing terms and conditions are hereby agreed to, and the undersigned acknowledge receipt of a copy of this document.

Date April 14, 2008
Buyer/Tenant Pam Hawthorne
PAM HAWTHORNE
Buyer/Tenant

Date April 14, 2008
Seller/Landlord [signature]
JOHN COLESON
Seller/Landlord [signature]
MARILEN COLESON

The copyright laws of the United States (Title 17 U.S. Code) forbid the unauthorized reproduction of this form, or any portion thereof, by photocopy machine or any other means including facsimile or computerized formats. Copyright© 1986-2001, CALIFORNIA ASSOCIATION OF REALTORS®, INC. ALL RIGHTS RESERVED.
THIS FORM HAS BEEN APPROVED BY THE CALIFORNIA ASSOCIATION OF REALTORS® (C.A.R.). NO REPRESENTATION IS MADE AS TO THE LEGAL VALIDITY OR ADEQUACY OF ANY PROVISION IN ANY SPECIFIC TRANSACTION. A REAL ESTATE BROKER IS THE PERSON QUALIFIED TO ADVISE ON REAL ESTATE TRANSACTIONS. IF YOU DESIRE LEGAL OR TAX ADVICE, CONSULT AN APPROPRIATE PROFESSIONAL.
This form is available for use by the entire real estate industry. It is not intended to identify the user as a REALTOR®. REALTOR® is a registered collective membership mark which may be used only by members of the NATIONAL ASSOCIATION OF REALTORS® who subscribe to its Code of Ethics.

SURE TRAC The System for Success
Published and Distributed by:
REAL ESTATE BUSINESS SERVICES, INC.
a subsidiary of the California Association of REALTORS®
525 South Virgil Avenue, Los Angeles, California 90020
ADM-11 REVISED 10/01 (PAGE 1 OF 1)

Reviewed by
Broker or Designee ________ Date ________

EQUAL HOUSING OPPORTUNITY

CALIFORNIA ASSOCIATION OF REALTORS®

# SELLER FINANCING ADDENDUM AND DISCLOSURE

(California Civil Code §§2956-2967)

(C.A.R. Form SFA, Revised 10/02)

This is an addendum to the [ ] Residential Purchase Agreement [ ] Counter Offer or [X] Other VLPA - 10/22/2005 ("Agreement") dated April 14, 2008

On property known as 41741 ... Dr, Aguanga CA 92536 ("Property")

between ... ("Buyer")

and John ... ("Seller")

Seller agrees to extend credit to Buyer as follows:

1. PRINCIPAL; INTEREST; PAYMENT; MATURITY TERMS: [X] Principal amount $ 175,000.00, interest at 6.000 % per annum, payable at approximately $ 875.00 per [X] month [ ] year or [ ] other INTEREST ONLY remaining principal balance due in 4 years.
2. LOAN APPLICATION; CREDIT REPORT: Within 5 (or [ ] ______) Days After Acceptance: (a) Buyer shall provide Seller a completed loan application on a form acceptable to Seller (such as a FNMA/FHLMC Uniform Residential Loan Application for residential one to four unit properties); and (b) Buyer authorizes Seller and/or Agent to obtain, at Buyer's expense, a copy of Buyer's credit report. Buyer shall provide any supporting documentation reasonably requested by Seller. Seller, after first giving Buyer a Notice to Buyer to Perform, may cancel this Agreement in writing and authorize return of Buyer's deposit if Buyer fails to provide such documents within that time, or if Seller disapproves any above item within 5 (or [ ] ______) Days After receipt of each item.
3. CREDIT DOCUMENTS: This extension of credit by Seller will be evidenced by: [X] Note and deed of trust; [ ] All-inclusive note and deed of trust; [ ] Installment land sale contract; [ ] Lease/option (when parties intend transfer of equitable title); OR [ ] Other (specify) ______

THE FOLLOWING TERMS APPLY ONLY IF CHECKED. SELLER IS ADVISED TO READ ALL TERMS, EVEN THOSE NOT CHECKED, TO UNDERSTAND WHAT IS OR IS NOT INCLUDED, AND, IF NOT INCLUDED, THE CONSEQUENCES THEREOF.

4. [X] LATE CHARGE: If any payment is not made within 10 Days After it is due, a late charge of either $ ______, or 6.000 % of the installment due, may be charged to Buyer. NOTE: On single family residences that Buyer intends to occupy, California Civil Code §2954.4(a) limits the late charge to no more than 6% of the total monthly payment due and requires a grace period of no less than 10 days.
5. [ ] BALLOON PAYMENT: The extension of credit will provide for a balloon payment, in the amount of $ ______, plus any accrued interest, which is due on ______ (date).
6. [ ] PREPAYMENT: If all or part of this extension of credit is paid early, Seller may charge a prepayment penalty as follows (if applicable): ______. Caution: California Civil Code §2954.9 contains limitations on prepayment penalties for residential one-to-four unit properties.
7. [X] DUE ON SALE: If any interest in the Property is sold or otherwise transferred, Seller has the option to require immediate payment of the entire unpaid principal balance, plus any accrued interest.
8.* [ ] REQUEST FOR COPY OF NOTICE OF DEFAULT: A Request for a copy of Notice of Default as defined in California Civil Code §2924(b) will be recorded. If not, Seller is advised to consider recording a Request for Notice of Default.
9.* [ ] REQUEST FOR NOTICE OF DELINQUENCY: A Request for Notice of Delinquency, as defined in California Civil Code §2924e, to be signed and paid for by Buyer, will be made to senior lienholders. If not, Seller is advised to consider making a Request for Notice of Delinquency. Seller is advised to check with senior lienholders to verify whether they will honor this request.
10.* [ ] TAX SERVICE:
    A. If property taxes on the Property become delinquent, tax service will be arranged to report to Seller. If not, Seller is advised to consider retaining a tax service, or to otherwise determine that property taxes are paid.
    B. [ ] Buyer, [ ] Seller, shall be responsible for the initial and continued retention of, and payment for, such tax service.
11. [ ] TITLE INSURANCE: Title insurance coverage will be provided to both Seller and Buyer, insuring their respective interests in the Property. If not, Buyer and Seller are advised to consider securing such title insurance coverage.
12. [ ] HAZARD INSURANCE:
    A. The parties' escrow holder or insurance carrier will be directed to include a loss payee endorsement, adding Seller to the Property insurance policy. If not, Seller is advised to secure such an endorsement, or acquire a separate insurance policy.
    B. Property insurance does not include earthquake or flood insurance coverage, unless checked:
    [ ] Earthquake insurance will be obtained; [ ] Flood insurance will be obtained.
13. [ ] PROCEEDS TO BUYER: Buyer will receive cash proceeds at the close of the sale transaction. The amount received will be approximately $ ______, from ______ (indicate source of proceeds). Buyer represents that the purpose of such disbursement is as follows: ______.
14. [ ] NEGATIVE AMORTIZATION; DEFERRED INTEREST: Negative amortization results when Buyer's periodic payments are less than the amount of interest earned on the obligation. Deferred interest also results when the obligation does not require periodic payments for a period of time. In either case, interest is not payable as it accrues. This accrued interest will have to be paid by Buyer at a later time, and may result in Buyer owing more on the obligation than at its origination. The credit being extended to Buyer by Seller will provide for negative amortization or deferred interest as indicated below. (Check A, B, or C. CHECK ONE ONLY.)

[ ] A. All negative amortization or deferred interest shall be added to the principal ______ (e.g., annually, monthly, etc.), and thereafter shall bear interest at the rate specified in the credit documents (compound interest);

OR [ ] B. All deferred interest shall be due and payable, along with principal, at maturity;

OR [ ] C. Other ______

*(For Paragraphs 8-10) In order to receive timely and continued notification, Seller is advised to record appropriate notices and/or to notify appropriate parties of any change in Seller's address.

The copyright laws of the United States (Title 17 U.S. Code) forbid the unauthorized reproduction of this form, or any portion thereof, by photocopy machine or any other means, including facsimile or computerized formats. Copyright© 1997-2002, CALIFORNIA ASSOCIATION OF REALTORS®, INC. ALL RIGHTS RESERVED.

SFA REVISED 10/02 (PAGE 1 OF 3)

Buyer's Initials ( PH ) ( ... )
Seller's Initials ( ... ) ( RAC )

Reviewed by ______ Date ______

Agent: C21 Phone: (951)6945300 Fax: (951) Prepared using WINForms® software
Broker: Century 21 Wright 27525 Jefferson Avenue, Temecula CA 92590

[illegible]

(or unrecorded) deed of trust or an installment land sale contract [illegible] ... payment, or for legal defense is: [illegible]

B. In the event of the prepayment [illegible] ... penalties, and any prepayment discounts are: [illegible]

[illegible]

C. [illegible] ... Seller [illegible]

[illegible]

17. ☐ TAX IDENTIFICATION NUMBERS: [illegible] Numbers.

18. ☐ OTHER CREDIT TERMS: ______

19. ☐ RECORDING: The documents evidencing credit (paragraph 3) will be recorded with the county recorder where the Property is located. If not, Buyer and Seller are advised that their respective interests in the Property may be jeopardized by intervening liens, judgments, encumbrances, or subsequent transfers.

19. ☐ JUNIOR FINANCING: There will be additional financing, secured by the Property, junior to this Seller financing. Explain: ______

20. SENIOR LOANS AND ENCUMBRANCES: The following information is provided on loans and/or encumbrances that will be senior to Seller financing. NOTE: The following are estimates, unless otherwise marked with an asterisk (*). If checked: ☐ A separate sheet with information on additional senior loans/encumbrances is attached.

| | 1st | 2nd |
|---|---|---|
| A. Original Balance | $ | $ |
| B. Current Balance | $ | $ |
| C. Periodic Payment (e.g. $100/month): | $ | $ / |
| Including Impounds of: | $ | $ / |
| D. Interest Rate (per annum) | % | % |
| E. Fixed or Variable Rate: | | |
| If Variable Rate: Lifetime Cap (Ceiling) | | |
| Indicator (Underlying Index) | | |
| Margins | | |
| F. Maturity Date | | |
| G. Amount of Balloon Payment | $ | $ |
| H. Date Balloon Payment Due | | |
| I. Potential for Negative Amortization? (Yes, No, or Unknown) | | |
| J. Due on Sale? (Yes, No, or Unknown) | | |
| K. Pre-payment penalty? (Yes, No, or Unknown) | | |
| L. Are payments current? (Yes, No, or Unknown) | | |

21. BUYER'S CREDITWORTHINESS: (CHECK EITHER A OR B. Do not check both.) In addition to the loan application, credit report and other information requested under paragraph 2:

A. ☒ No other disclosure concerning Buyer's creditworthiness has been made to Seller;

OR B. ☐ The following representations concerning Buyer's creditworthiness are made by Buyer(s) to Seller:

| Borrower ______ | Co-Borrower ______ |
|---|---|
| 1. Occupation ______ | 1. Occupation ______ |
| 2. Employer ______ | 2. Employer ______ |
| 3. Length of Employment ______ | 3. Length of Employment ______ |
| 4. Monthly Gross Income ______ | 4. Monthly Gross Income ______ |
| 5. Other ______ | 5. Other ______ |

22. ADDED, DELETED OR SUBSTITUTED BUYERS: The addition, deletion or substitution of any person or entity under this Agreement or to title prior to close of escrow shall require Seller's written consent. Seller may grant or withhold consent in Seller's sole discretion. Any additional or substituted person or entity shall, if requested by Seller, submit to Seller the same documentation as required for the original named Buyer. Seller and/or Brokers may obtain a credit report, at Buyer's expense, on any such person or entity.

Buyer's Initials ( ______ ) ( ______ )
Seller's Initials ( ______ ) ( ______ )

Reviewed by ______ Date ______

Copyright© 1997-2002, CALIFORNIA ASSOCIATION OF REALTORS®, INC.

BUYER AND SELLER ACKNOWLEDGE ... A REAL ESTATE LICENSE; OR (C) HAVE NOT AND WILL NOT VERIFY ... BUYER AND SELLER AGREE THAT THEY WILL SEEK LEGAL, TAX, AND OTHER DESIRED ASSISTANCE FROM APPROPRIATE PROFESSIONALS. BUYER AND SELLER ACKNOWLEDGE THAT THE INFORMATION EACH HAS PROVIDED TO THE ARRANGER OF CREDIT FOR INCLUSION IN THIS DISCLOSURE FORM IS ACCURATE. BUYER AND SELLER FURTHER ACKNOWLEDGE THAT EACH HAS RECEIVED A COMPLETED COPY OF THIS DISCLOSURE FORM.

Buyer Pam Hawthorne (signature) PAM HAWTHORNE Date 4-14-08
Address 37 Ocean Dunes Dr City Florence State OR Zip 97439
Phone 541 902 9271 Fax Same E-mail hawthornep@hotmail.com

Buyer ______ (signature) Date ______
Address ______ City ______ State ______ Zip ______
Phone ______ Fax ______ E-mail ______

Seller [signature] (signature) JOHN COLESON Date ______
Address ______ City ______ State ______ Zip ______
Phone ______ Fax ______ E-mail ______

Seller [signature] (signature) MARILYN COLESON Date ______
Address ______ City ______ State ______ Zip ______
Phone ______ Fax ______ E-mail ______

THIS FORM HAS BEEN APPROVED BY THE CALIFORNIA ASSOCIATION OF REALTORS® (C.A.R.). NO REPRESENTATION IS MADE AS TO THE LEGAL VALIDITY OR ADEQUACY OF ANY PROVISION IN ANY SPECIFIC TRANSACTION. A REAL ESTATE BROKER IS THE PERSON QUALIFIED TO ADVISE ON REAL ESTATE TRANSACTIONS. IF YOU DESIRE LEGAL OR TAX ADVICE, CONSULT AN APPROPRIATE PROFESSIONAL.
This form is available for use by the entire real estate industry. It is not intended to identify the user as a REALTOR®. REALTOR® is a registered collective membership mark which may be used only by members of the NATIONAL ASSOCIATION OF REALTORS® who subscribe to its Code of Ethics.

SURE TRAC The System for Success
Published by the California Association of REALTORS®

Reviewed by ______ Date ______

ZONE DISCLOSURES: Seller shall pay for a natural hazard zone disclosure report.

PROPERTY CORNERS: Property corners have been identified.

CONTINGENCY: Sell of property is contingent upon buyers review and approval of percolation test and well certification

PRELIMINARY CHANGE OF OWNERSHIP REPORT Prior to the close of escrow, Grantee shall cause to be handed to Escrow Holder a fully completed and executed "Preliminary Change of Ownership Report" pursuant to the requirements and in accordance with Section 480 3 of the Revenue and Taxation Code, State of California If Grantee so chooses, Grantee may elect not to complete and execute said form prior to the close of escrow. In such an event, Grantee is aware that a $20 00 charge will be assessed by the County Recorder's Office and Escrow Holder will charge the account of the Grantee accordingly. Escrow Holder's sole duty shall be the delivery of said form to the County Recorder at the time of recordation of transfer documents.

HOMEOWNER ASSOCIATION: Buyer is aware that property is subject to a Homeowner Association and its' dues and that membership is both automatic and required. Escrow Holder is instructed to obtain a statement of accounting from the existing homeowner's association for the purpose of proration of monthly association dues as of the close of escrow Cost of association transfer fee, if required, to be paid by Seller at the close of escrow.

SUPPLEMENTAL TAX INFORMATION: The tax assessor has the right to reassess the subject property after close of escrow and issue a supplemental tax bill to the Buyer, who shall be solely responsible for same. In the event the Seller receives a supplemental tax bill for prior tax year(s) before close of escrow, charge Seller's account. Supplemental tax bills for any tax period prior to close of escrow is the sole responsibility of the Seller. If any such supplemental tax bill has been issued for this current tax year,it is the Seller's responsibility to forward said bill to the new Buyer, and the Buyer's responsibility for payment of same. In such event said supplemental bill will be added to the current tax bill and prorated accordingly at close of escrow TAX BILLS ISSUED AFTER THE CLOSE OF ESCROW SHALL BE HANDLED DIRECTLY BETWEEN BUYER AND SELLER

GOOD FUNDS DISCLOSURE: The Parties hereto are hereby notified that pursuant to Chapter 598, California Statutes of 1989 (AB512; INS. CODE SEC 12413 1) Effective January 1, 1990, all funds deposited in this escrow must be available for withdrawal from Escrow Holder's trust account prior to the disbursement of said funds through this escrow. Only funds

ADDITIONAL INSTRUCTIONS ATTACHED HERETO AND MADE A PART HEREOF
*My initials below represent my agreement and acknowledgment of the foregoing*

Seller Initials: ___ ___ Buyer Initials: ___

**Cresta Verde Escrow, Inc.**

Date: **October 31, 2005**
Escrow No.: **11492-J**

(4) Purchase Money FIRST Trust Deed to file, executed by the above grantees, to secure one Note in the exact amount of **$175,000.00**, in favor of Seller, prepared on your usual form and dated during escrow, bearing interest at a rate of **6.00%** per annum from date of close of escrow; payable at Beneficiary's designation with interest only payments in the amount of $875.00, or more, commencing 30 days from close of escrow and continuing thereafter for 3 years at which time a Balloon Payment will be due for all principal and any remaining interest due at that time. At the close of escrow, Escrow Holder is authorized and instructed to insert dates on the executed Note to reflect the interest accrual date, first payment date and maturity date, if/as applicable, over signatures thereon, without further approval of the parties hereto required.

Said Note to contain the following recital(s):

This Note is subject to Section 2966 of the Civil Code, which provides that the holder of this note shall give written notice to the Trustor, or his successor in interest, of prescribed information at least 90 and not more than 150 days before any balloon payment is due.

"Trustor reserves the privilege of pre-paying this Note in part or in full at any time without pre-payment penalty."

In the event any payment is not paid within 10 days of the due date, Trustor shall pay to Beneficiary a LATE CHARGE of **6.00%** of payment due in addition to each payment due and unpaid.

Said Note and Deed of Trust are to contain the following recital: "This Deed of Trust is given and accepted upon the express provision that should the property hereinbefore described, or any part thereof, be conveyed or alienated by Trustor, either voluntarily or by operation of law, without Beneficiary's written consent, then all sums secured hereby shall, at Beneficiary's option, become immediately due and payable."

INSTRUCTIONS TO ESCROW:

DEPOSIT RECEIPT: The Deposit Receipt dated October 28, 2005 is hereby acknowledged to be made a part of this agreement and the Buyer and Seller agree to be bound by the terms and conditions contained thereon.

PRELIMINARY TITLE REPORT: Escrow Holder is instructed to order a copy of the Preliminary Title Report and, if any, covenants, conditions, and restrictions. Upon receipt, forward same to Buyer who will then have 30 days from receipt of same in which to approve or disapprove in writing. Absence of written notification by Buyer(s) of disapproval within specified time shall be [illegible] Buyer's approval of all documents and deposit of final closing funds by Buyer shall satisfy this condition in full.

| In re: John Coleson Debtor(s). | CHAPTER: 7<br>CASE NUMBER: 6:09-bk-13029-RN |
|---|---|

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding My business address is:

**Doan Law Firm, LLP**
635 Camino De Los Mares
Suite 100
San Clemente, CA 92673

A true and correct copy of the foregoing document described as Notice of Motion for Waiver of Discharge with Prejudice, of Debtor John L. Coleson will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document On 11/05/09 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

yelsky@cherinandyelsky.com
rswtrustee@yahoo.com, rwhitmore@ecf.epiqsystems.com
ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 11/5/09 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed

United States Bankruptcy Court - Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1652
Los Angeles, CA 90012

☑ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ______________ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| Date | Type Name | Signature |
|---|---|---|
| | Stephanie Como | |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

January 2009 **F 9013-3.1**

Cba Collection Bureau
PO Box 5013
Hayward, CA 94540

Chase-Pierl
Attn: Recovery
PO Box 10018
Kennesaw, GA 30156

Popular Mortgage Services
121 Woodcrest Rd
Cherry Hill, NJ 08003

John Coleson
29164 Big Dipper Way
Murrieta, CA 92563

Employment Development Dept.
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280

American Express
c/o Becket & Lee
PO Box 3001
Malvern, PA 19355

Chase – CC
Attn: Bankruptcy Dept.
PO Box 15298
Wilmington, DE 19850

HSBC/Costco
Attn: Bankruptcy Dept.
PO Box 15522
Wilmington, DE 19850

Pt Loma Fed Cr Union
9420 Farnham St
San Diego, CA 92123

Washington Mutual Mortgage
Bankruptcy Dept. JAXA 2035
7255 Bay Meadows Way
Jacksonville, FL 92256

Franchise Tax Board
Attn: Bankruptcy
PO Box 2952
Sacramento, CA 95812

Barclays Bank Delaware
Customer Support Department
PO Box 8833
Wilmington, DE 19899

HSBC Best Buy
Attn: Bankruptcy
PO Box 6985
Bridge Water, NJ 08807

Toyota Motor Credit Corp
PO Box 8026
Cedar Rapids, IA 52408

Toyota Motor Credit
PO Box 15012
Chandler, AZ 85244