| In re:<br><br>John L. Coleson<br><br>Debtor(s). | CHAPTER 7<br>**FILED & ENTERED**<br>CASE NUMBER 6:09-BK-13029RN<br><br>**APR 13 2010**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY mcdonaldDEPUTY CLERK** |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number<br><br>Gregory J. Doan, 165174<br>Doan Law Firm, LLP<br>25401 Cabot Road, 119<br>Laguna Hills, CA  92653<br><br>☒ Attorney for John L. Coleson<br>☐ Pro Se Debtor<br>☐ Chapter 13 Trustee | FOR COURT USE ONLY |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | CHAPTER  7<br><br>CASE NUMBER: 6:09-bk-13029-RN |
| In re:<br><br>John L. Coleson<br><br>Debtor(s). | Hearing Date:   2/11/10<br>Hearing Time:  9:30AM |

## ORDER ON DEBTOR'S MOTION FOR WAIVER OF DISCHARGE WITH PREJUDICE

Based on Debtor's Motion for Waiver of Discharge with Prejudice, filed on November 11, 2009, as docket entry number 18, having come before the bankruptcy court for hearing on February 11, 2010, the Honorable Richard M. Neither presiding;

It is hereby ORDERED AND DECREED that the Debtor's discharge of all debts incurred on or before February 20, 2009, is waived with prejudice, pursuant to 11 USC 727(a)(10); and the Debtor is to pay the Chapter 7 Trustee, Robert Whitmore, his reasonable costs in the amount of $1,500.00 within thirty (30) days of entry of this order.

### ###

DATED: April 13, 2010

_____
United States Bankruptcy Judge

| In re: | CHAPTER 7 |
| John L. Coleson | CASE NUMBER 6:09-bk-13029-RN |
| Debtor(s). | |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

635 Camino de los Mares, 100
San Clemente, CA  92673

A true and correct copy of the foregoing document described Order on Motion for Waiver of Discharge with Prejudice will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On March 3, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On March 2, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 4/12/10 | Marianna Doan | /s/ Marianna Doan |
| *Date* | *Type Name* | *Signature* |

| In re:<br><br>John L. Coleson<br><br>Debtor(s). | CHAPTER 7<br><br>CASE NUMBER 6:09-bk-13029-RN |
| --- | --- |

**ADDITIONAL SERVICE INFORMATION** (if needed):

**ELECTRONIC NOTICE**

- United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
- Gilbert B Weisman    notices@becket-lee.com
- Robert Whitmore    rswtrustee@yahoo.com, rwhitmore@ecf.epiqsystems.com
- Jerome A Yelsky    yelsky@cherinandyelsky.com
- Kristin A Zilberstein    bknotice@mccarthyholthus.com

**US MAIL**

Honorable Richard M. Neiter
United States Bankruptcy Court – Central District of CA
255 E. Temple Street, 1652
Los Angeles, CA  90012

| In re:<br><br>John L. Coleson<br><br>Debtor(s). | CHAPTER  7<br><br>CASE NUMBER 6:09-bk-13029-RN |
|---|---|

**NOTE TO USERS OF THIS FORM**:

**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.

**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.

**3)  Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.

**4**)  **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) _____ ORDER ON WAIVER OF DISCHARGE WITH PREJUDICE was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (**"NEF"**)** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of March 2, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒  Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☒  Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒  Service information continued on attached page

| In re: | CHAPTER 7 |
| --- | --- |
| John L. Coleson | CASE NUMBER 6:09-bk-13029-RN |
| Debtor(s). | |

**ADDITIONAL SERVICE INFORMATION** (if needed):

**ELECTRONIC NOTICE**

- United States Trustee (RS)     ustpregion16.rs.ecf@usdoj.gov
- Gilbert B Weisman     notices@becket-lee.com
- Robert Whitmore     rswtrustee@yahoo.com, rwhitmore@ecf.epiqsystems.com
- Jerome A Yelsky     yelsky@cherinandyelsky.com
- Kristin A Zilberstein     bknotice@mccarthyholthus.com

**US MAIL**

Honorable Richard M. Neiter
United States Bankruptcy Court – Central District of CA
255 E. Temple Street, 1652
Los Angeles, CA  90012