| Attorney or Party Name Address Telephone & FAX Numbers and California State Bar Number<br>**Gregory J. Doan**<br>**Doan Law Firm, LLP**<br>**25401 Cabot Road, Suite 119**<br>**Laguna Hills, CA 92653**<br>**(949) 472-0593 Fax: (949) 472-5441**<br>**165174**<br>☒ *Attorney for Debtor* | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | CHAPTER: **7**<br>CASE NUMBER **6:09-bk-13029** |
| In re:<br><br>John Lawrance Coleson<br><br>Debtor | (No Hearing Required) |

## NOTICE OF MOTION UNDER LOCAL BANKRUPTCY RULE 9013-1(o) FOR:

**MOTION TO DISMISS CHAPTER 7 CASE WITH PREJUDICE PURSUANT TO 11 USC 707(b)**

1. TO *(specify name)*:  **Chapter 7 Trustee, United States Trustee**

2. NOTICE IS HEREBY GIVEN that Movant in the above-captioned matter will move this Court for an Order granting the relief sought as set forth in the Motion filed by Movant, a brief description of which is contained in the Description of Relief Sought attached hereto and served and filed herewith. Said Motion is based upon the grounds set forth in the said Motion and accompanying Description of Relief Sought. Said Motion is made pursuant to Local Bankruptcy Rule 9013-1(g)(1), which provides for granting of motions without a hearing (Check appropriate box below):

    ☒   The full Motion is attached hereto

    ☐   The full Motion has been filed with the Bankruptcy Court and a detailed description of the relief sought is attached hereto.

3. **Deadline for Opposition Papers and Request for a Hearing:** Pursuant to Local Bankruptcy Rule 9013-1(g)(1), any party objecting to the accompanying Motion may file and serve a written objection and request a hearing on this Motion. If you fail to file a written response within 14 days of the date of service of this Notice, the Court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

Dated: **September 13, 2010**

**Doan Law Firm, LLP**
*Law Firm Name*

By:   /s/ **Gregory J. Doan**

Name:   **Gregory J. Doan 165174**
*Attorney for Movant*

Date Notice Mailed: **September 13, 2010**

---

December 2009    This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California    **F 9013-1.2**

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston IL - (800) 492-8037    Best Case Bankruptcy

Notice of Motion (L.B.R. 9013-1(o)) - *Page 2*    F 9013-1.2

| In re<br>John Lawrance Coleson<br><br>Debtor(s) | CHAPTER: 7<br><br>CASE NO.: 6:09-bk-13029 |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document described as **Motion to Dismiss Chapter 7 Case with Prejudice Pursuant to 11 USC 707(b)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **9/13/2010**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Patti H Bass ecf@bass-associates.com; United States Trustee (RS) ustpregion16.rs.ecf@usdoj.gov; Gilbert B Weisman notices@becket-lee.com; Robert Whitmore (TR) iswtrustee@yahoo.com, rwhitmore@ecf.epiqsystems.com; Jerome A Yelsky yelsky@cherinandyelsky.com; Kristin A Zilberstein bknotice@mccarthyholthus.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On ____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 13, 2010 | Kristen Alyward | *[signature]* |
|---|---|---|
| Date | Type Name | Signature |

December 2009    This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California    F 9013-1.2

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

Gregory J. Doan, 165174
DOAN LAW FIRM, LLP
635 Camino de los Mares, 100
San Clemente, CA 92673
(949)472-0593 FAX (949)472-5441

Attorney for Debtor, JOHN L. COLESON

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE

In re:

JOHN L. COLESON,

Debtor.

Case Number: 6:09-bk-13029-DS

CHAPTER 7

MOTION TO DISMISS CHAPTER 7 CASE WITH PREJUDICE PURSUANT TO 11 USC 707(b)

HONORABLE JUDGE DEBORAH J. SALTZMAN

JOHN L. COLESON ("DEBTOR"), by and through his Attorney, Gregory J. Doan, hereby submits this motion pursuant to 11 USC 727(a)(10) on the following grounds:

A. On February 20, 2009, DEBTOR filed an individual voluntary petition for relief under Chapter 7 of title 11 of the United States Code, and an order for relief was entered that same date (the "Petition Date").

B. On March 27, 2009, the Meeting of Creditors was held. The DEBTOR was requested to provide Robert Whitmore ("TRUSTEE") additional documentation concerning certain real property in Aguanga and his hearing was continued to May 29, 2009.

D After further inquiry, it was discovered that: a) the DEBTOR was the owner of certain real property in Aguanga on the Petition Date; b) that said property was never disclosed to DEBTOR'S counsel nor listed in the DEBTOR'S schedules; c) that said property was later sold, post-petition, without court permission; d) the net proceeds from the sale amounted to $28,085.26; and e) the DEBTOR exhausted said proceeds

E. On or about June 1, 2009, the DEBTOR, through counsel, advised the TRUSTEE of the disposition of said real property and provided an itemization of how the proceeds from the sale were spent. Please see Exhibit "A."

F. The TRUSTEE has incurred reasonable costs, in the amount of $1,500.00, in investigating the nature and extent of this asset.

G. On or about November 11, 2009, DEBTOR filed a Motion for Waiver of Discharge with Prejudice

H. On or about April 13, 2010 an Order was entered Waiving the Debtor's Discharge with prejudice.

I. Subsequent to and pursuant to the entry of the Order, Debtor procured to the TRUSTEE payment in the amount of $1,500 to reimburse TRUSTEE for reasonable costs in investigating the nature and extent of the asset.

WHEREFORE, DEBTOR requests the Court to dismiss the DEBTOR'S case, with prejudice.

Approved as to Form and Content:

_____
ROBERT WHITMORE
Chapter 7 Trustee

Dated: 9/13/10

_____
GREGORY J. DOAN,
Attorney for Debtor

2